IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. CR 13-80 |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAQUANDIS THURMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 4, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on January 9, 2014, in which defendant consented to the forfeiture of any interest he had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the October 9, 2013, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning February 8, 2014, and continuing through March 9, 2014, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

1

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on February 4 2014.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Shaquandis Thurmond, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Remington 870 20 gauge weapon made from a shotgun, bearing an obliterated serial number, with a barrel of less than 18 inches in length, which was seized from defendant on or about March 1, 2013 in Cedar Rapids, Iowa.**

3. That the Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby authorized to dispose of the firearm and any ammunition, if seized, identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 10th day of April, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA